# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137500(27)

ANDRE BEZEAU,
          Plaintiff-Appellant,

v

PALACE SPORTS & ENTERTAINMENT, INC.,
          Defendant-Appellee.
_____

SC: 137500
COA: 285593
WCAC: 03-000101

        On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* is considered and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2009

Clerk